OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br><br>**CLERK** | UNITED STATES COURT OF APPEALS<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



April 14, 2015

Stephen R. Cerutti II Esq.
Christy H. Fawcett Esq.
Mary Hancock
Kristin L. Hravnak
Adrian N. Roe Esq.

RE: USA v. Carlos Cegledi
Case Number: 13-3958
District Case Number: 1-08-cr-00218-001

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, April 28, 2015**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **10:00 A.M.** and argument in this matter is scheduled in **Courtroom No. 8, 8th Floor, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA.)**Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Carmen M. Hernandez*
Carmen Hernandez
Calendar Team Coordinator
267-299-4952

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **FISHER, HARDIMAN and ROTH, Circuit Judges.**