IN THE

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | NO: 13-3958 |
| V. | § | |
| CARLOS CEGLEDI | § | |

RE: MOTION FOR EXTENSION OF TIME TO FILE FOR REHEARING EN-BANC. PURSUANT TO THE FED. RULES OF APPELLATE P.

Comes now the Appellant, CARLOS CEGLEDI, PRO-SE, to move the Court for a extension of time for good cause, the reasons are stated within.

1) I found out throughout third party that on July 21, 2015. The Court entered it's judgment in the above captioned matter.

2) Appellant is aware of the time for filing a REHEARING is 14 days of entry of Judgment.

3) Appellant CARLOS CEGLEDI, has not received any notification from the Court regarding it's Judgment as to this date.

4) Appellant CARLOS CEGLEDI, Respectfully request a extension of time to file for a REHEARING EN-BANC.

DATE: 08 / 02 / 2015

RESPECTFULLY SUBMITTED

CARLOS CEGLEDI
# 16086-067
ALLENWOOD LOW SECURITY
CORRECTIONAL INSTITUTION
P.O.BOX 1000
WHITE DEER, PA. 17887
Certified control NO:
7009-1680-0000-6299-5792

CERTIFICATE OF SERVICE

I CARLOS CEGLEDI, have mailed the original of the foregoing petition entitled, MOTION FOR EXTENTION OF TIME TO FILE FOR REHEARING EN-BANC pursuant to the Fed. RULES of Appellate P. To the office of the Clerk UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, 21400 U.S. COURTHOUSE, 601 MARKET STREET, PHILADELPHIA PA. 19106. By placing said original in the Institution mail box, this date: 02    day of August  , 2015.

RESPECTFULLY SUBMITTED

CARLOS CEGLEDI
# 16086-067
ALLENWOOD LOW SECURITY
CORRECTIONAL INSTITUTION
P.O. BOX 1000
WHITE DEER, PA. 17887
Certified Control NO:
7009-1680-0000-6299-5792

CARLOS CEGLEDI
# 16086-067
ALLENWOOD LOW
SECURITY CORRECTIONAL
INSTITUTION
P.O. BOX 1000
WHITE DEER, PA. 17887

CERTIFIED MAIL

7009 1680 0000 6299 5792

⇔16086-067⇔
United States
601 Market ST
Court of Appeals 3D.Cir.
Philadelphia, PA 19106-1790
United States

U.S. POSTAGE
PAID
WHITE DEER, PA
17887
AUG 03, 15
AMOUNT
$0.00
00059639-03