UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
September 1, 2015

No. <u>13-3958</u>

UNITED STATES OF AMERICA

v.

CARLOS CEGLEDI,
Appellant

(M.D. Pa. No. 1-08-cr-00218-001)

Present:  HARDIMAN, <u>Circuit Judge</u>

1. Motion by Appellant for Sixty (60) Day Extension of Time to File Petition for Rehearing

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing Motion is GRANTED.

By the Court,

<u>s/ Thomas M. Hardiman</u>
Circuit Judge

Dated: September 1, 2015
CJG/cc:     Adrian N. Roe, Esq.
            Kristin L. Hravnak
            Mary Hancock
            Christy H. Fawcett, Esq.
            Stephen R. Cerutti, II, Esq.