UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA,         (
        Respondent-Appellee,   (   CAUSE NO:
                                      (   **13-3958**
                                      (
Vs.                               (
                                      (
                                      (
CARLOS CEGLEDI,                   (
        Petitioner-Appellant.    (
_____(

## MOTION FOR EXTENSION OF TIME

COMES NOW, CARLOS CEGLEDI, PETITIONER-APPELLANT acting in pro se status, in the above styled and entitled action who moves this Honorable Court for an EXTENSION OF TIME to prepare and present the Petition for Rehearing en banc.

In support of this motion , Cegledi submits the following;

Petitioner-Appellant is proceeding pro se and is without the assistance he formerly had. He is unfamiliar with the protocol in this court and as a result, he has been compelled to reach out for assistance at this stage of the proceedings.

In acting pro se Petitioner-Appellant, and due to the nature of the proceedings, his unfamiliarity of the protocol, has had his family enlist the assistance of someone who would be able to assist him in navigating preparation of the of the Petition and any accompanying documents.

In light of the foregoing, he is now requesting an Extension of twenty days, from the due date of this pleading to complete preparation and submit the Petition.

No further extensions will be requested.

Thanking you in advance for considerations given in this matter.

Respectfully Submitted,

this 2 day of Nov. , 2015

_____
Carlos Cegledi
16086-067
Petitioner-Appellant
SCI-Allenwood-Low
P.O. Box 1000
White Deer, PA 17887-1000

MOTION FOR EXTENSION

# CERTIFICATE OF SERVICE

CAUSE NO: **13-3958**

I, Carlos Cegledi, Petitioner-Appellant, in the foregoing action, do hereby certify that on this    day of                  2015, I have caused to be served a true and correct copy of the following;

Petition for Reheatring, en banc

Upon all parties involved in the matter, to wit:

**Christy H. Fawcett**
U.S. Attorney's Office
2nd Floor, Federal Building
228 Walnut St.
Harrisburg, PA 17108

with sufficient postage attached thereupon to carry same to its destination.

Dated this 2 day of November, 2015.

_____

Carlos Cegledi
16086-067
Petitioner-Appellant
SCI-Allenwood-Low
P.O. Box 1000
White Deer, PA 17887-1000