UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 13-3958

———————

UNITED STATES OF AMERICA

v.

CARLOS CEGLEDI,

                       Appellant

———————

(M.D. Pa. No. 1-08-cr-00218-001)

———————

SUR PETITION FOR REHEARING

———————

Present: McKEE, *Chief Judge*, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, and ROTH[1], *Circuit Judges*

    The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the

---

[1] Judge Roth's vote is limited to panel rehearing.

circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: January 28, 2016
tmm/cc:  Adrian N. Roe, Esq.
Kristin L. Hravnak
Mary Hancock
Christy H. Fawcett, Esq.
Stephen R. Cerutti, II, Esq.